# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norton, Cynthia A. | U.S. Bankruptcy Court, W.D. of Missouri | 06/26/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

400 E. 9th St.
Room 6462
Kansas City, MO 64106

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 06/26/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Topeka Bankruptcy Bar Association | June 26, 2019 | Topeka, KS | Teach CLE at bankruptcy seminar | Transportation |
| 2. | National Assoc. Chapter 13 Trustees | July 16 - 19, 2019 | Indianapolis, IN | Attend and teach CLE at annual meeting | Transportation, meals, hotel, registration |
| 3. | American College of Bankruptcy | Mar. 14 - 16, 2019 | San Diego, CA | Attend annual meeting | Transportation, meals, hotel, registration |
| 4. | Kansas Bar Association | Apr. 5, 2019 | Topeka, KS | Attend and teach CLE at annual meeting | Transportation, meal, registration |
| 5. | National Conference of Bankruptcy Judges | Oct. 28- Nov 3, 2019 | Washington, DC | Attend and teach CLE at annual meeting | Transportation, meals, hotel, registration |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, Cynthia A.** | 06/26/2020 |

| | | | | |
|---|---|---|---|---|
| 6. | American Bankruptcy Institute | Aug. 19-21, 2019 | Cincinnati, OH | Attend and teach CLE at bankruptcy seminar | Transportation, meals, hotel, registration |
| 7. | Mississippi Bankruptcy Conference | Nov. 14 - 15, 2019 | Oxford, MI | Attend and teach CLE at annual bankruptcy seminar | Tranportation, meals, hotel, registration |
| 8. | Southeastern Bankruptcy Law Institute | Mar. 20 - 23, 2019 | Atlanta, GA | Attend and teach CLE at annual bankruptcy seminar | Transportation, meals, hotel, registration |
| 9. | Missouri Bar | Mar. 27 -28, 2019 | Springfield, MO | Attend adn teach CLE at annual bankruptcy seminar | Transportation, meals, hotel, registration |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, Cynthia A.** | 06/26/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | Chase Bank Southwest VISA | Credit Card | None |
| 3. | USAA Federal Savings Bank | Credit Card | None |
| 4. | Exchange National Bank of Atchison | Personal Loan | None |
| 5. | Hilton Grand Vacations Properties Ownership Interest | Time Share Loan | None |
| 6. | Hilton Grand Vacations Properties Ownership Interest | Time Share Loan | L |
| 7. | | | |
| 8. | | | |
| 9. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, Cynthia A.** | 06/26/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Whole Life Policies | A | Int./Div. | | | Redeemed | 01/30/19 | K | E | |
| 2. TIAA-CREF 403(b) (H) | | | | | | | | | |
| 3. -- TIAA-CREF Stock R3 Fund | D | Int./Div. | | | Distributed | 10/22/19 | L | F | |
| 4. -- TIAA-CREF Bond Market R3 Fund | A | Int./Div. | | | Distributed | 10/22/19 | J | D | |
| 5. -- TIAA-CREF Money Market | A | Int./Div. | | | Distributed | 10/22/19 | J | D | |
| 6. -- TIAA-CREF 2019 RMD | | | | | Distributed (part) | 08/12/19 | J | C | |
| 7. Exchange National Bank Accounts (Cash Accounts) | A | Interest | J | T | | | | | |
| 8. Commerce Bank Accounts (Cash Accounts) | A | Interest | J | T | | | | | |
| 9. Navy Federal Credit Union Accounts (Cash Accounts) | A | Interest | J | T | | | | | |
| 10. Ivy Cash Management (Formerly Waddell & Reed) Accounts | A | Dividend | J | T | | | | | |
| 11. Beneficiary IRA, BB&T, Scott & Stringfellow | D | Int./Div. | J | T | Open | 03/08/19 | J | | |
| 12. | | | | | Distributed (part) | 08/19/19 | J | | |
| 13. Rollover IRA, BB&T, Scott & Stringfellow (H) | | | | | | | | | |
| 14. -- Altegris Futures Evolution Strategy (EVOIX) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 15. | | | | | Buy (add'l) | 11/18/19 | J | | |
| 16. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 17. -- Baird Core Plus Bond (BCOIX) | A | Dividend | J | T | Buy | 10/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, Cynthia A.** | 06/26/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 19. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 20. | | | | | Buy<br>(add'l) | 12/27/19 | J | | |
| 21.    -- Baird Short Term Bond (BSBIX) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 22. | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 23. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 24. | | | | | Buy<br>(add'l) | 12/27/19 | J | | |
| 25.    -- Blackstone Alt Multistrategy (BXMIX) | A | Dividend | J | T | Buy | 10/23/19 | J | | |
| 26. | | | | | Buy<br>(add'l) | 12/19/19 | J | | |
| 27. | | | | | Buy<br>(add'l) | 12/19/19 | J | | |
| 28. | | | | | Buy<br>(add'l) | 12/19/19 | J | | |
| 29.    -- Cohen & Steers Real Estate (CSDIX) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 30. | | | | | Buy<br>(add'l) | 11/06/19 | J | | |
| 31. | | | | | Buy<br>(add'l) | 11/06/19 | J | | |
| 32. | | | | | Buy<br>(add'l) | 12/19/19 | J | | |
| 33.    -- Consumer Discretionary Select Sector<br>(XLY) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 34. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, Cynthia A.** | 06/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -- Federated Kauffmann Small Cap (FKAIX) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 36. | | | | | Buy (add'l) | 12/09/19 | J | | |
| 37. | | | | | Buy (add'l) | 12/30/19 | J | | |
| 38. -- Federated Treasury Obligations Fund (TOIXX) | A | Dividend | M | T | Buy | 10/22/19 | M | | |
| 39. | | | | | Sold (part) | 10/23/19 | L | A | |
| 40. | | | | | Sold (part) | 10/24/19 | L | A | |
| 41. | | | | | Buy (add'l) | 10/31/19 | J | | |
| 42. | | | | | Buy (add'l) | 11/29/19 | J | | |
| 43. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 44. -- IShares Core MSCI Europe (IEUR) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 45. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 46. -- JP Morgan Equity Preimium Income (JEPIX) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 47. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 48. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 49. -- JP Morgan Govt Bond (HLGAX) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 50. | | | | | Buy (add'l) | 10/30/19 | J | | |
| 51. | | | | | Buy (add'l) | 11/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, Cynthia A.** | 06/26/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 12/30/19 | J | | |
| 53. -- JP Morgan Hedged Equity (JHEQX) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 54. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 55. -- Morgan Stanley Instl Global Francise (MSFAX) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 56. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 57. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 58. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 59. -- PIMCO High Yield Instl (PHYX) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 60. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 61. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 62. -- PIMCO International Bond US Dollar (PFORX) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 63. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 64. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 65. | | | | | Buy<br>(add'l) | 12/12/19 | J | | |
| 66. | | | | | Buy<br>(add'l) | 12/27/19 | J | | |
| 67. -- PIMCO Investment Grade Credit Bond (PIGIX) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 68. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, Cynthia A.** | 06/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 70.   -- Sector Consumer Staples Select Sector (XLP) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 71. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 72.   -- Sector Healthcare Select (XLV) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 73. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 74.   -- Sector Technology Select (XLK) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 75. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 76.   -- Select Sector Communications Services (XLC) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 77. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 78.   -- Select Utilities Select Sector (XLU) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 79. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 80.   -- T Rowe Price Dividend Growth (PDGIX) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 81. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 82. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 83.   -- TIAA CREF Bond Instl (TIBDX) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 84. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 85. | | | | | Buy<br>(add'l) | 12/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, Cynthia A.** | 06/26/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   -- Vanguard FTSE All World (VEU) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 87. | | | | | Buy<br>(add'l) | 12/27/19 | J | | |
| 88.   - Vanguard FTSE Pacific (VPL) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 89. | | | | | Buy<br>(add'l) | 12/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 06/26/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Item 1, cancelled NWA insurance policy

Part VII, Items 2 through 5 refer to filer's _____ IRA which was rolled over from TIAA-CREF to a BB&T IRA with Scott & Stringfellow

Part VII, Item 6 refers to one of filer's _____ 2019 Required Minimum Distribution (RMD)

Part VII, Items 11 refers to filer's _____ receipt of a death benefit IRA

Part VII, Item 12 refers to one of filer's _____ 2019 RMD

Part VII, Items 13 through 89 are accounts/transactions belonging to filer's _____ Rollover IRA

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cynthia A. Norton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544